Commonwealth ex rel. Groves, Appellant, *v.*
Maroney.

704

Submitted April 10, 1967. *Gerald Groves,* appellant, in propria persona; *Thomas P. Ruane, Jr.,* First Assistant District Attorney, and *John R. Hoye,* District Attorney, for appellee.

Order affirmed.